Daniel C. Peterson, OSB No. 064664
Email: dpeterson@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:  503-323-9000
Facsimile:  503-323-9019

    Attorneys for Defendant Ochoco Lumber Company
    dba Malheur Lumber Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| MALHEUR FORST FAIRNESS COALITION, an unincorporated association; PRAIRIE WOOD PRODUCTS, LLC, an Oregon limited liability company; RUDE LOGGING LLC, an Oregon limited liability company; BRETT MORRIS, an individual; MORRIS FORESTRY LLC, an Oregon limited liability company; ENGLE CONTRACTING, LLC, an Oregon limited liability company; H TIMBER CONTRACTING LLC, an Oregon limited liability company; DOUG and DARRELL EMMEL, doing business as EMMEL BROTHERS RANCH; and PAT and HEDY VOIGT, doing business as RICCO RANCH,<br><br>    Plaintiffs,<br><br>    v.<br><br>IRON TRIANGLE, LLC, an Oregon limited liability company; I.T. LOGGING, INC., an Oregon corporation; RUSSELL YOUNG, an individual; and OCHOCO LUMBER COMPANY d/b/a MALHEUR LUMBER COMPANY, an Oregon limited partnership,<br><br>    Defendants. | Case No. 2:22-cv-01396-HZ<br><br>**Defendant Ochoco Lumber Company dba Malheur Lumber Company's CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Ochoco Lumber Company d/b/a Malheur Lumber Company ("Ochoco") states as follows:

Page 1 – **Defendant Ochoco Lumber Company dba Malheur Lumber Company's Corporate Disclosure Statement**

Ochoco is a limited partnership formed under the laws of the state of Oregon with its principal place of business in Prineville, Oregon.  Malheur Lumber Company is a registered assumed business name for Ochoco.  Ochoco's general partner is Ochoco Management, Inc., a corporation formed under the laws of the state of Oregon, with its principal place of business in Prineville, Oregon.

Ochoco does not have a parent corporation nor does any publicly held corporation own more than 10% of Ochoco's stock.

DATED: February 17, 2023

        COSGRAVE VERGEER KESTER LLP

*s/ Daniel C. Peterson*
Daniel C. Peterson, OSB No. 064664
Email: dpeterson@cosgravelaw.com
Telephone: 503-323-9000
Fax: 503-323-9019
Attorneys for Defendant Ochoco Lumber Company dba Malheur Lumber Company

Page 2 – **Defendant Ochoco Lumber Company dba Malheur Lumber Company's Corporate Disclosure Statement**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503-323-9000
Facsimile: 503-323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a true and correct copy of the foregoing **Defendant Ochoco Lumber Company dba Malheur Lumber Company's CORPORATE DISCLOSURE STATEMENT** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
  - ☐ courtesy copy also sent by email
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

I further certify that said copy was delivered as indicated above and addressed to said attorneys at the addresses listed below:

Michael E. Haglund
Christopher T. Griffith
Christopher G. Lundberg
Eric J. Brickenstein
Haglund Kelley LLP
2177 SW Broadway
Portland, OR  97201
haglund@hk-law.com
cgriffith@hk-law.com
clundberg@hk-law.com
ebrickenstein@hk-law.com
        Of Attorneys for Plaintiffs

Timothy W. Snider
Matthew Segal
Rachel C. Lee
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
timothy.snider@stoel.com
rachel.lee@stoel.com
matthew.segal@stoel.com
        Of Attorneys for Defendants Iron Triangle, LLC; I.T. Logging, Inc.; and Russell Young

Page 1 – **Certificate of Service**

Lawson E. Fite
John B. Lyman
Marten Law LLP
1737 Pennsylvania Avenue NW, Suite 1250
Washington, DC  20006
lfite@martenlaw.com
jlyman@martenlaw.com
    Of Attorneys for Defendants Iron Triangle, LLC; I.T. Logging, Inc.; and Russell Young

    DATED:  February 17, 2023

                                            *s/ Daniel C. Peterson*
                                            Daniel C. Peterson

Page 2 – **Certificate of Service**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503-323-9000
Facsimile: 503-323-9019