IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MALHEUR FOREST FAIRNESS COALITION, et al.,

          Plaintiffs,

v.

IRON TRIANGLE, LLC, et al.,

          Defendants.

No. 2:22-cv-001396-HZ

JUDGMENT

HERNÁNDEZ, Senior Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.

    DATED: September 19, 2024.

    MARCO A. HERNÁNDEZ  
    United States Senior District Judge

1 – JUDGMENT